

21.                    1821
Supreme Court

*Rufus Hatch &*
*William Austin*
      *ads.*
*Andrew Westbrook*

J D Doty
defts Atty

filed in the Clerk's
office Dec 13th 1821
M Dorr
Clerk

SUPREME COURT

*Rufus Hatch*
*& William Austin*
      *ads.*        And the said defendants by James D Doty their
*Andrew Westbrook*  attorney come and defend the wrong and injury,
when &[c] and say, that they do not owe the said sum of money above de-
manded, or any part thereof, in manner and form as the said plaintiff hath
above thereof complained against them, and of this the said defendants put
themselves upon the county &[c]

And the said Plaintiffs likewise, By HUNT & LARNED
Atty[s] to Plffs

And the said defendants for further plea say there is not any record of the
said supposed recognizance or judgments in the said declaration mentioned,
remaining in the said courts, in manner and form as the said plaintiff hath
above in his said declaration alledged, and this &[c]; wherefore they pray
judgment if the said plaintiff ought to have or maintain his aforesaid action
thereof against them the said defendants, &[c]          J D DOTY
Defts. Att[y].